[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-10622

Non-Argument Calendar

_____

OPVHHJV LLC,
d.b.a. Pathway Property Management,
HPA II BORROWER 2021-1 LLC,

                                        Plaintiffs-Appellees,

*versus*

RICHARD CORNELIUS,

                                        Defendant-Appellant,

ANY OTHER OCCUPANTS,

2                    Opinion of the Court                    24-10622

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-06030-VMC

_____

Before WILSON, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's order remanding the action to Georgia state court is not reviewable on appeal because the district court based its remand on a lack of federal subject matter jurisdiction. *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1095-96 (11th Cir. 1997); *Whole Health Chiropractic & Wellness, Inc. v. Humana Med. Plan, Inc.*, 254 F.3d 1317, 1319 (11th Cir. 2001). Further, the notice of removal did not cite 28 U.S.C. §§ 1442 or 1443 as a basis for removal.

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.